# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BETTY MATTHEWS

VERSUS

NATIONWIDE AGRIBUSINESS
INSURANCE COMPANY, WOERNER
LANDSCAPE SOURCE, INC.,
WILLIE COLEMAN, ABC
INSURANCE COMPANY AND XYZ
COMPANY

NO.  2020 CW 1117

DECEMBER 30, 2020

---

In Re:  Nationwide Agribusiness Insurance Company, Woerner
Landscape Source, Inc., and Willie Coleman, applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 672045.

---

**BEFORE:  HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**MRT**
**EW**

**Higginbotham, J.,** concurs. The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT